Name      John Ray
Street Address    4400 Truxel RD APT 81
City and County   Sacramento
State and Zip Code   California 95834
Telephone Number   707-997-0035



**FILED**

OCT 0 6 2025

CLERK US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

John Curtis Ray

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

   **-against-**

Contra Costa County
Department Child support services

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

2:25-CV-2865 TLN AC (PS)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☒ No
             *(check one)*

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                        John Curtis Ray
Street Address        4400 Myrtl RD APT81
City and County      Sacramento
State and Zip Code  California    95834
Telephone Number   707-997-0035

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                        Contra Costa County
Job or Title              Department Child Support Services
(if known)
Street Address        50 douglas Dr #1000
City and County      Martinez
State and Zip Code  California 94553
Telephone Number   866-901-3212

Defendant No. 2

Name                        _____
Job or Title              _____
(if known)
Street Address        _____
City and County      _____
State and Zip Code  _____
Telephone Number   _____

Defendant No. 3

    Name   _____

    Job or Title   _____
    (if known)

    Street Address   _____

    City and County   _____

    State and Zip Code   _____

    Telephone Number   _____

Defendant No. 4

    Name   _____

    Job or Title   _____
    (if known)

    Street Address   _____

    City and County   _____

    State and Zip Code   _____

    Telephone Number   _____

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☑ Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of the 22 CFR 118203(15)(A)(B),
CFR 45 302.33(a), 42 U.S.C 12131 - 12134, 18USC§1028,
18 USC 1028A

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* John Ray , is a citizen of the State of *(name)* California .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Contra Costa Department Child Support Services , is a citizen of the State of *(name)* California . Or is a citizen of *(foreign nation)* _____.

4

b.   If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____.  *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Closure of cases. Opened illegally using my
Information. 10,000

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Contra Costa County DCSS Knowilgy put a SSi applicant
on child support illegally. They Lied and
Stated i was self supporting to go around
federal Law. They illegally put me as a
petitioner to get me to come to court and sign a
document i did not understand. I am disabled and
was not reasonably accomodated

5

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to
order.  Do not make legal arguments.  Include any basis for claiming that the wrongs
alleged are continuing at the present time.  Include the amounts of any actual damages
claimed for the acts alleged and the basis for these amounts.  Include any punitive or
exemplary damages claimed, the amounts, and the reasons you claim you are entitled to
actual or punitive money damages.

Closure of illegally opened child support case.
With compensation of Emotional distress.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served.  I understand that my failure to keep a current
address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct 1 , 2025

Signature of Plaintiff

Printed Name of Plaintiff     John Pay

1 | IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

2 | IN AND FOR THE COUNTY OF CONTRA COSTA

3 | ---o0o---

4 | JOHN RAY                              )   No. MSD14-02641

5 |                     Petitioner,      )

6 | vs.                                  )

7 | VANETTRA SMITH,                       )

8 | _____Respondent._____)

9 |

10 | REPORTER'S TRANSCRIPT OF PROCEEDINGS

11 | HONORABLE MARY T. GROVE, TEMPORARY JUDGE PRESIDING

12 | DEPARTMENT NO. 52

13 | FAMILY LAW BUILDING, MARTINEZ, CALIFORNIA

14 | SEPTEMBER 17, 2015

15 |

16 | A P P E A R A N C E S

17 |

18 | For DCSS:                 DEPT. OF CHILD SUPPORT SERVICES

19 |                          BY:  BOYD TARIN

20 |                          Contra Costa County

21 |

22 | For the Father:          Appearing in Pro Per

23 |

24 |

25 |

26 |

27 | Reported By:             GINA A. KECK

28 |                          CSR NO. 7036

```
 1   THURSDAY, SEPTEMBER 17, 2015              MORNING SESSION

 2                    P R O C E E D I N G S

 3        MR. TARIN:  Calling line six, Ray v Smith, docket

 4   D14-02641.

 5        John Ray is present.

 6        THE COURT:  Good morning.

 7        MR. RAY:  Good morning.

 8        THE COURT:  Go ahead and have Mr. Ray sworn.

 9                      JOHN RAY,

10   called as a witness on his own behalf,

11   having been first duly sworn,

12   testified as follows:

13        MR. TARIN:  We are here on the County's motion

14   filed the 10th of August served the 17th of that month

15   seeking a judgment of parentage, child support, health

16   insurance orders.

17        Father is currently receiving SSI/SSP which is

18   need-based assistance.

19        As the Court can tell from the guideline we

20   provided he would -- guideline would require mom to pay

21   father.

22        Father is not seeking support.

23        We are therefore asking the Court to adjudicate

24   parentage.

25        Father signed a declaration of parentage.

26        THE COURT:  All right.  You have signed a

27   declaration of parentage, and you are admitting that

28   you are the father of Jamya born August 9th of 2012?
```

1        MR. RAY:  Yes.

2              THE COURT:  All right.  We are going to make a

3        judgment of parentage.

4              At the present time he's not seeking child

5        support?

6              MR. RAY:  No.

7              THE COURT:  All right.  Standard provisions for

8        health insurance and uninsured medical will be part of

9        the order.

10             Do you want to review this?  Or leave this as it

11       is for now?

12             MR. TARIN:  I think we leave it where it is.

13             THE COURT:  Okay.  Thank you, Mr. Ray.

14             MR. TARIN:  We would need an effective date.

15             THE COURT:  This is to start September 1st.

16             MR. RAY:  So will the case be closed so she won't

17       get anything tooken from her?

18             THE COURT:  Are you asking for the case to be --

19             MR. RAY:  Closed, like, period.

20             MR. TARIN:  Because there's no order, and father

21       is not requesting a case be opened against mother, it

22       appears this will be a matter that can be closed.

23             THE COURT:  All right.  We can close this matter.

24             MR. RAY:  Thank you.

25             THE COURT:  It can always be reopened depending on

26       how circumstances go.  Okay.

27                               (Proceedings conclude.)

28

1  STATE OF CALIFORNIA      )
                            )              ss.
2  COUNTY OF CONTRA COSTA   )

3

4

5          I, GINA A. KECK, a Certified Shorthand Reporter,

6  do hereby certify:

7          That the foregoing is a true and correct

8  transcript of my shorthand notes taken of the

9  aforementioned proceedings at the time and place herein

10  indicated.

11          IN WITNESS WHEREOF, I have hereunto set my hand

12          this 12th day of December, 2024.

13

14

15

16

17

18

19                                     _____
                                              GINA A. KECK
20                                     Certified Shorthand Reporter
                                          Certificate No. 7036
21

22

23

24

25

26

27

28



**Contra Costa Child Support Services**
**Lori A. Cruz, Director**

50 Douglas Drive, Suite 100
Martinez, California 94553-8507
Phone: (866) 901-3212
childsupport@dcss.cccounty.us

June 20, 2025

Administrative Law Judge
Office of Administrative Hearings
2349 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833

In re:  Agency Case No. CS25070001
        OAH No. 2025031008
        Complainant: John Ray

Dear Administrative Law Judge:

Per the request on May 6th, 2025, for an explanation of why there are two child support cases for Mr. Ray and Ms. Smith with the same dependent.

Case: 200000002216090

Ncp Venettra Smith

Cp John Ray

This case was first opened by Sacramento County DCSS on 7/5/2019 due to an application for services by Mr. Ray. The case remained open until 12/9/2019 when Sacramento DCSS contacted Mr. Ray and asked if the dependent was still in his care. Mr. Ray stated that the child was now with the Ncp mother. Mr. Ray was informed that the case would be closed due to the child no longer residing in his household.

The case was reopened on 1/27/2025 by Contra Costa County DCSS when a paper application for child support services was received from Mr. Ray. On 1/28/2025 an electronic application for services from John Ray was processed by Sacramento County on the open case managed by Contra Costa. On 2/25/2025 Mr. Ray called the Contra Costa County call center and requested his case be transferred to Sacramento County.  The case was already being reviewed for transfer via Inter County Transfer (ICT) to Sacramento County as Mr. Ray resides in Sacramento County. Mr.

Administrative Law Judge
Page 2 of 2

Ray's child support case was transferred to Sacramento County DCSS on 4/9/2025.  This case is currently open with Sacramento County. There are no legal actions pending.

Case 200000001662322

Ncp John Ray

Cp Vanettra Smith

This case was opened on 7/1/2015 with an Application for Services submitted by Ms. Smith. The case remains open. The first court order for support was filed on 9/17/2015 and support was set at zero. The current order in effect was filed on 3/4/2020 and support was again set at zero, neither party is ordered to pay support.  This child support case is managed by Contra Costa County DCSS as Ms. Smith resides in Contra Costa County. This case remains open per Ms. Smith's request as the dependent will not emancipate until 8/9/2030 and Mr. Ray has periodically had earnings.

FL-692

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 751 PINE ST | |
| MAILING ADDRESS: P/ BOX 911 | |
| CITY AND ZIP CODE: MARTINEZ 94553-0091 | |
| BRANCH NAME: FAMILY LAW CENTER          200000001662322 | |

FILED
MAR - 3 2020
K. BIEKER CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA
By: _____ C. Hodge, Deputy Clerk

PETITIONER/PLAINTIFF: JOHN CURTIS RAY

RESPONDENT/DEFENDANT: VANETTRA SMITH

OTHER PARENT/PARTY:

| [X] MINUTES *Amended* | [✗] ORDER    [ ] JUDGMENT | CASE NUMBER: |
|---|---|---|
| | [ ] RECOMMENDED ORDER | D14-02641 |

This form may be used for preparation of court minutes and/or as an alternative to form FL-615, FL-625, FL-630, FL-665, or FL-687. If this form is prepared as both court minutes and an alternative to one of these forms, then the parties do not need to prepare any additional form of order.

1. This matter proceeded as follows: [ ] Uncontested   [ ] By stipulation   [✗] Contested
   a. Date: 03/03/2020   Time: 8AM   Department: 52
   b. Judicial officer *(name)*: CHRISTINE DONOVAN   [X] Judge pro Tempore   [ ] Commissioner
      Court reporter *(name)*: ERIKA HUGHES #11621
      Court clerk *(name)*: C HODGE   Bailiff *(name)*: V CARRILLO
   c. [ ] Interpreter(s) present *(name)*:
      for *(name)*:   (specify language):
   d. [✗] Petitioner/plaintiff present   [ ] Attorney present *(name)*: *Phone*
   e. [✗] Respondent/defendant present   [ ] Attorney present *(name)*:
   f. [ ] Other parent/party present   [ ] Attorney present *(name)*:
   g. Attorney for local child support agency *(name)*: G B TARIN   M LINDELOF   N ADAMS   C LEBOW
   h. The parent ordered to pay support for purposes of this order is the [X] petitioner/plaintiff [ ] respondent/defendant
      [ ] other parent/party present
   i. [ ] Other *(specify)*:

2. [ ] This is a recommended order/judgment based on the objection of *(specify name)*:

3. a. [ ] This matter is taken off calendar.
   b. [ ] This entire matter is denied [ ] with [ ] without prejudice. Same as is matter is meaning
   c. [ ] This matter is continued at the request of the [ ] local child support agency [ ] petitioner/plaintiff
      [ ] respondent/defendant [ ] other parent/party   to
      Date:   Time:   Department:
      (specify issues):
      [ ] Petitioner/plaintiff [ ] Respondent/defendant [ ] Other parent/party is ordered to appear at that date and time.
   d. [ ] The court takes the following matters under submission *(specify)*:

4. [✗] Order of examination
   The [✗] petitioner/plaintiff [✗] respondent/defendant [ ] other *(specify)*:
   was sworn and examined.
   [ ] Examination was held outside of court.

5. Referrals
   a. [ ] The parties are referred to family court services or mediation.
   b. [ ] Petitioner/plaintiff [ ] Respondent/defendant [ ] Other parent/party is referred to the family law facilitator.
   c. [ ] Other *(specify)*:

THE COURT FINDS
6. [✗] Petitioner/plaintiff [✗] Respondent/defendant [ ] Other parent/party [✗] was [ ] was not
   served regarding this matter.
7. [ ] Petitioner/plaintiff [ ] Respondent/defendant [ ] Other parent/party [ ] admits [ ] denies parentage.
8. [ ] The parents of the children named below in item 14a are *(specify names)*:

Page 1 of 4

Form Adopted for Alternative Mandatory Use
Instead of Form FL-615, FL-625, FL-630, FL-665, or FL-687
Judicial Council of California
FL-692 [Rev. January 1, 2017]

MINUTES AND ORDER OR JUDGMENT
(Governmental)

Family Code, §§ 17400, 17406
www.courts.ca.gov

LEGAL 2

DD2836398579

6

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA | FOR COURT USE ONLY |
|---|---|

STREET ADDRESS: 751 PINE ST

MAILING ADDRESS: PO BOX 911

CITY AND ZIP CODE: MARTINEZ 94553-0091

BRANCH NAME: FAMILY LAW CENTER    200000001662322

PETITIONER/PLAINTIFF: JOHN CURTIS RAY

RESPONDENT/DEFENDANT: VANETTRA SMITH

OTHER PARENT:

**FILED**

SEP 17 2015

STEPHEN H. NASH CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA

By _____ Deputy Clerk

| [X] **MINUTES AND** | [ ] **ORDER** [X] **JUDGMENT** [ ] **RECOMMENDED ORDER** | CASE NUMBER: D14-02641 |
|---|---|---|

This form may be used for preparation of court minutes and/or as an alternative to form FL-615, FL-625, FL-630, FL-665, or FL-687. If this form is prepared as both court minutes and an alternative to one of these forms, then the parties do not need to prepare any additional form of order.

1  **This matter proceeded as follows:** [ ] Uncontested [ ] By stipulation [X] Contested

   a.  Date: 9/17/15    Time: 8AM    Department: 52

   b.  Judicial officer (name): MARY GROVE    [X] Judge pro Tempore [ ] Commissioner

      Court reporter (name): GINA KECK #7036

      Court clerk (name): CATHLEEN HODGE    Bailiff (name): A YUPANQUI

   c.  [ ] Interpreter(s) present (name):

      for (name):    (specify language):    **No appearance**

   d.  [X] Petitioner present [ ] Attorney present (name):    _mother_

   e.  [ ] Respondent present [ ] Attorney present (name):

   f.  [ ] Other parent present [ ] Attorney present (name):

   g.  Attorney for local child support agency (name):    G BOYD TARIN    CHERYL LEBOW

   h.  The parent ordered to pay support for purposes of this order is the [ ] petitioner [X] respondent [ ] other parent.

   i   [ ] Other (specify):

2.  [ ] This is a recommended order/judgment based on the objection of (specify name):

3.  a.  [ ] This matter is taken off calendar.

   b.  [ ] This entire matter is denied [ ] with [ ] without    prejudice.

   c.  [ ] This matter is continued at the request of the [ ] local child support agency [ ] petitioner [ ] respondent [ ] other parent    to:

      Date:    Time:    Department:

      (Specify issues):

      [ ] Petitioner [ ] Respondent [ ] Other parent    is ordered to appear at that date and time.

   d.  [ ] The court takes the following matters under submission (specify):

4.  [ ] **Order of examination**

      The [ ] petitioner [ ] respondent [ ] other (specify):    was sworn and examined.

      [ ] Examination was held outside of court.

5.  **Referrals**

   a.  [ ] The parties are referred to family court services or mediation.

   b.  [ ] Petitioner [ ] Respondent [ ] Other parent    is referred to the family law facilitator.

   c.  [ ] Other (specify):

**THE COURT FINDS**

6.  [X] Respondent [X] Petitioner [ ] Other parent [X] was [ ] was not    served regarding this matter.

7.  [ ] Respondent [ ] Petitioner [ ] Other parent [ ] admits [ ] denies    parentage.

8.  [X] The parents of the children named below in item 14a are (specify names): John Curtis Ray

---

Form Adopted for Alternative Mandatory Use
Instead of Forms FL-615, FL-625, FL-630, FL-665, or FL-687
Judicial Council of California
FL-692 [Rev. July 1, 2011]

**MINUTES AND ORDER OR JUDGMENT
(Governmental)**

DD2558158628

Family Code, §§ 17400, 17406
www.courts.ca.gov
Page 1 of 4

LRT 2

·FL-684

| PETITIONER / PLAINTIFF: JOHN CURTIS RAY | CASE NUMBER: |
|---|---|
| RESPONDENT / DEFENDANT: VANETTRA SMITH | D14-02641 |
| OTHER PARENT: | |

6. ☐ **OTHER** *(specify):*

7. ☒ **FACTS IN SUPPORT** of this request are:

    ☐ contained in an attached declaration.

There is no child support order in this action against the Petitioner and the Local Child Support Agency has been requested to establish an order on behalf of the child. (Family Code Section 17406).

Petitioner is active to SSI; however petitioner has recent earnings and appears to be achieving self-support.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 07/16/2015

    **K STOCKHOLM**

    (TYPE OR PRINT NAME)        (SIGNATURE OF PERSON REQUESTING THESE ORDERS)

FL-684 [Rev. January 1, 2010]    **REQUEST FOR ORDER AND SUPPORTING DECLARATION**    Page 2 of 2
    **(Governmental)**    ESTABLISHM

FL-684

| | |
|---|---|
| PETITIONER / PLAINTIFF: JOHN CURTIS RAY<br>RESPONDENT / DEFENDANT: VANETTRA SMITH<br>OTHER PARENT: | CASE NUMBER:<br>D14-02641 |

*(THIS IS A REQUEST, NOT AN ORDER)*

**I REQUEST THE FOLLOWING ORDERS FOR:**

| Name of child | Date of birth | Name of child | Date of birth |
|---|---|---|---|
| JA'MYA RAY | 08/09/2012 | | |

1. ☐ **PARENTAGE.** If not previously established, a judgment that you are the parent of the children named above.

2. ☒ **CHILD SUPPORT.** Monthly child support based on the state guideline. (An *Income Withholding for Support* (FL-195/OMB No. 0970-0154) will be issued.)
   - a. ☐ This is a request for a change to an existing order
     - (1) filed on *(date if known):*
     - (2) ordering *(specify):*
   - b. Child support to commence
     - (1) on the date this request was mailed or given to you.
     - (2) ☐ effective *(specify):*
   - c. Other *(specify):*

3. ☒ **HEALTH INSURANCE COVERAGE**
   If not previously ordered, an order that you provide health insurance for each child named above and an order that you complete the attached health insurance form and immediately return it to the local child support agency.

   > **NOTICE:** Your employer or other person providing health insurance will be ordered to enroll the children in an appropriate health insurance plan if you are found to be the parent, and a *National Medical Support Notice* will be issued.

4. ☐ **FEES AND COSTS**    ☐ Fees: $        ☐ Costs: $

5. ☐ **PROPERTY RESTRAINT**
   ☐ Petitioner/plaintiff    ☐ Respondent/defendant    ☐ Other parent
   be restrained from transferring, encumbering, hypothecating, concealing, or in any way disposing of the following property *(specify):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
FL-684 [Rev. January 1, 2010]

**REQUEST FOR ORDER AND SUPPORTING DECLARATION**
**(Governmental)**

Family Code §§ 215, 3751, 3761,
3900-3901, 4001-4062, 4007, 4009, 4014,
4050-4076, 4200-4204, 7551,17304, 17400,
17402, 17404, 17406,17422
www.courtinfo.ca.gov
ESTABLISHM

FL-680

| | |
|---|---|
| PETITIONER/PLAINTIFF: JOHN CURTIS RAY<br><br>RESPONDENT/DEFENDANT: VANETTRA SMITH<br><br>OTHER PARENT: | CASE NUMBER:<br><br>D14-02641 |

## NOTICE

This case may be referred to a court commissioner for hearing. By law court commissioners do not have the authority to issue final orders and judgments in contested cases unless they are acting as temporary judges. The court commissioner in your case will act as a temporary judge unless, *before the hearing,* you or any other party objects to the commissioner acting as a temporary judge. The court commissioner may still hear your case to make findings and a recommended order. If you do not like the recommended order, you must object to it within 10 court days; otherwise, the recommended order will become a final order of the court. If you object to the recommended order, a judge will make a temporary order and set a new hearing.

Child support is based on your ability to pay, which may include your income, earning capacity, lifestyle, or presumed income set by statute. The amount of child support can be large and can continue until the children reach age 18. You should give the court information about your income and expenses. If you do not, the support order will be based on other information given to the court or presumed income set by statute.

You do not have to pay any fee to file your *Response to Governmental Notice of Motion or Order to Show Cause (Governmental)* (form FL-685) and your completed *Income and Expense Declaration* (form FL-150) or *Financial Statement (Simplified)* (form FL-155). You must file any documents with the court and have the copies served at least 9 court days before the hearing date to the local child support agency and the other party unless ordered otherwise. Add 5 calendar days if the motion is served by mail within California. (See Code of Civil Procedure section 1005 for other situations.) To determine court days and calendar days, go to *www.courts.ca.gov/12618.htm.*

## PROOF OF SERVICE BY MAIL

1. I am at least 18 years of age, **not a party to this cause,** and a resident of or employed in the county where the mailing took place.

2. My residence or business address is: 50 DOUGLAS DR STE 100
   MARTINEZ CA 94553-8500

3. I served a copy of this motion by enclosing it in a sealed envelope and depositing the envelope [ ] directly in the U.S. mail with postage paid OR [ ] at my place of business for same-day collection and mailing with the U.S. mail, following our business practices, with which I am readily familiar.
   a. Date of deposit:                                b. Place of deposit *(city and state):*
      [illegible]                                        MARTINEZ, CA

   c. Addressed as follows:
   JOHN C RAY                                          VANETTRA SMITH
   The address/place of service is on file with the Department of    The address/place of service is on file with the Department of
   Child Support Services shown above pursuant to Family Code    Child Support Services shown above pursuant to Family Code
   section 17212(b)(3) and may be released only upon order of    section 17212(b)(3) and may be released only upon order of
   the court pursuant to Family Code section 17212(c)(6).    the court pursuant to Family Code section 17212(c)(6).

4. The address for each individual identified in item 3 was
   a. [X] verified by the California Child Support Enforcement System (CSE) as the current primary mailing address on file.
   b. [ ] other *(specify):*

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____          ▶          _____
        (TYPE OR PRINT NAME)                              (SIGNATURE OF PERSON WHO SERVED MOTION)

**Request for Accomodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five court days before the trial. Contact the clerk's office or go to *www.courts.ca.gov/forms* for *Request for Accomodations by Persons With Disabilities and Response* (form MC-410). (Civil Code, § 54.8)

| | | |
|---|---|---|
| FL-680 [Rev. January 1, 2012] | **NOTICE OF MOTION**<br>**(Governmental)** | Page 2 of 2 |
| | | ESTABLISHM |



Court Case Number: D14-02641
Petitioner Name: JOHN CURTIS RAY
Respondent Name: VANETTRA SMITH
Other Parent Name:

| Guideline Calculation Results Detail | NCP | Other Parent |
|---|---|---|
| **Tax Setting Information** | | |
| **Federal Tax Settings** | | |
| Include Self-Employment Taxes | YES | YES |
| Include FICA (Social Security and Medicare) | YES | YES |
| Include Medicare | YES | YES |
| Include Advanced Earned Income Credit | YES | YES |
| Number of Children for Child Care Credits | 0 | 1 |
| Number of Children for Earned Income Credits | 0 | 1 |
| Number of Children for Child Tax Credits | 0 | 1 |
| Parent is Blind | NO | NO |
| Parent is 65 or Older | NO | NO |
| New Spouse is Blind | NO | NO |
| New Spouse is 65 or Older | NO | NO |
| Married Filing Separately, Lived with Spouse Part of the Year | YES | YES |
| **State Tax Settings** | | |
| Include California State Income Taxes | YES | YES |
| California State Disability Insurance | YES | YES |
| Dependency Credit for Dependent Parent(s) | NO | NO |
| Joint Custody Head of Household Credit | NO | NO |
| California Renter's Credit | YES | YES |
| Number of Children for Child Tax Credits | 0 | 1 |
| Include Other State Income Taxes | NO | NO |
| Other State Tax Rate | | |
| Other State Tax Amount | | |
| Deduction type when NCP and Other Parent are Married Filing Separately | | |

| Monthly Income Information | NCP | Other Parent |
|---|---|---|
| **Wages/Salary** | 526.00 | 2530.00 |
| NCP: Based on earned income: $3181.00 YEAR-TO-DATE from 07/01/2014 to 12/31/2014 | | |
| Other Parent: Based on earned income: $14.60 HOURLY WAGE, 40 hours / week | | |
| **Self-Employment Income** | 0.00 | 0.00 |
| **Unemployment Compensation** | 0.00 | 0.00 |
| **Disability (Taxable)** | 0.00 | 0.00 |
| **Imputed Income** | NONE | NONE |
| **Total Other Taxable Income** | 0.00 | 0.00 |
| Social Security Income (Taxable) | 0.00 | 0.00 |
| Other Income (Retirement, Annuity, SS Other Rel, Operating Losses, etc) | 0.00 | 0.00 |
| Short-Term Capital Gains | 0.00 | 0.00 |
| Long-Term Capital Gains | 0.00 | 0.00 |
| Line 4e from IRS Form 4952 | 0.00 | 0.00 |
| Unrecaptured Section 1250 Gains | 0.00 | 0.00 |
| Nonqualified Dividends | 0.00 | 0.00 |
| Qualified Dividends | 0.00 | 0.00 |
| Interest Received | 0.00 | 0.00 |
| Royalties | 0.00 | 0.00 |
| Rental Income | 0.00 | 0.00 |
| Other Taxable Income Adjustments | 0.00 | 0.00 |
| **Total Other Non-Taxable Income** | 0.00 | 0.00 |
| Other Non-Taxable Income | 0.00 | 0.00 |
| Social Security Income (Non-Taxable) | 0.00 | 0.00 |
| Tax Exempt Interest | 0.00 | 0.00 |
| Disability | 0.00 | 0.00 |
| Worker's Compensation | 0.00 | 0.00 |
| **Public Assistance and Child Support Received** | 0.00 | 0.00 |
| Public Assistance | 0.00 | 0.00 |
| Child Support Received | 0.00 | 0.00 |
| **New Spouse Income & Deductions** | | |
| Wages/Salary | 0.00 | 0.00 |
| Self-Employment Income | 0.00 | 0.00 |
| Social Security Income (Taxable) | 0.00 | 0.00 |
| Social Security Income (Non-Taxable) | 0.00 | 0.00 |
| Other Taxable Income | 0.00 | 0.00 |
| Spousal Support Paid Other Marriage | 0.00 | 0.00 |
| Retirement Contribution if Adjustments to Income | 0.00 | 0.00 |
| Required Union Dues | 0.00 | 0.00 |
| Necessary Job-Related Expenses | 0.00 | 0.00 |

2015-07-16 09:33:00.978



Court Case Number: D14-02641
Petitioner Name: JOHN CURTIS RAY
Respondent Name: VANETTRA SMITH
Other Parent Name:

| Guideline Calculation Results Detail | NCP | Other Parent |
|---|---|---|
| **Monthly Deduction Information** | | |
| Child Support Paid (Other Relationships) | 0.00 | 0.00 |
| Spousal Support Paid (This Relationship) | 0.00 | 0.00 |
| Property Tax | 0.00 | 0.00 |
| Mortgage Interest | 0.00 | 0.00 |
| Other Itemized Deductions | 0.00 | 0.00 |
| Other Medical Expenses | 0.00 | 0.00 |
| Deductable Interest Expenses | 0.00 | 0.00 |
| Contribution Deduction | 0.00 | 0.00 |
| Miscellaneous Itemized | 0.00 | 0.00 |
| Required Union Dues | 0.00 | 0.00 |
| Total Health Insurance Premium | 0.00 | 0.00 |
| Health Insurance (Pre-Tax) | 0.00 | 0.00 |
| Health Insurance (Post-Tax) | 0.00 | 0.00 |
| Wage Deduction (Pre-Tax) | 0.00 | 0.00 |
| Wage Deduction (Post-Tax) | 0.00 | 0.00 |
| Retirement Contributions | 0.00 | 0.00 |
| Mandatory Retirement (Tax-Deferred) | 0.00 | 0.00 |
| Mandatory Retirement (Non-Tax-Deferred) | 0.00 | 0.00 |
| Voluntary Retirement (Tax-Deferred) | 0.00 | 0.00 |
| Other Guideline Deductions | 0.00 | 0.00 |
| Spousal/Other Partner Support Paid Other Relationship | 0.00 | 0.00 |
| Necessary Job-Related Expenses | 0.00 | 0.00 |
| State Adjustments | | |
| State Adjustments to Income | 0.00 | 0.00 |
| State Adjustments to Itemized Deductions | 0.00 | 0.00 |
| Monthly Hardship Deduction | | |
| Hardship Deduction Amount | 0.00 | 0.00 |
| Hardship Deduction Children | 0.0 | 0.0 |
| Hardship Deduction Expenses | | |
| Extraordinary Health Expenses | 0.00 | 0.00 |
| Uninsured Catastrophic Losses | 0.00 | 0.00 |
| Other Tax Deductions | 0.00 | 0.00 |
| Adjustments to Income | 0.00 | 0.00 |
| Other Discretionary Deductions | 0.00 | 0.00 |
| Alternative Minimum Tax Information | 0.00 | 0.00 |
| Certain Interest on Home Mortgage | 0.00 | 0.00 |
| Investment Interest | 0.00 | 0.00 |
| Post-1986 Depreciation | 0.00 | 0.00 |
| Adjusted Gain or Loss | 0.00 | 0.00 |
| Incentive Stock Options | 0.00 | 0.00 |
| Passive Activities | 0.00 | 0.00 |
| Estates and Trusts, Schedule K-1 | 0.00 | 0.00 |
| Tax Exempt Interest From Private Activity Bond | 0.00 | 0.00 |
| Other Preferences | 0.00 | 0.00 |
| Alternative Minimum Tax Operating Loss Deduction | 0.00 | 0.00 |

2015-07-16 09:33:00.978

FL-632

| PETITIONER/PLAINTIFF:JOHN CURTIS RAY | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: VANETTRA SMITH<br>OTHER PARENT: | D14-02641 |

6. ☐ An assignment of support rights by operation of law under Welfare and Institutions Code section 11477(a) has been made to the county of *(specify):*

7. a. ☒ Each parent must notify the local child support agency in writing within 10 days of any change in residence or employment.

  b. ☐ Each parent must complete a *Child Support Case Registry Form* (FL-191) and deliver it to the court within 10 days of any change in residence or employment.

Date: 07/16/2015

_____
K STOCKHOLM
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE)

---

## NOTICE:
**No acknowledgement is required when this form is recorded by a local child support agency.**

## ACKNOWLEDGMENT
**(To be completed when this form is recorded by a person or entity
other than a local child support agency.)**

STATE OF CALIFORNIA                    )
COUNTY OF                              )

On _____, before me, _____ (here insert name and title of the officer)
personally appeared _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
(SIGNATURE OF NOTARY)

(Seal)





FL-632

| GOVERNMENTAL AGENCY *(under Family Code, §§ 17400, 17406):* | |
|---|---|

☐ RECORDING REQUESTED BY AND WHEN RECORDED MAIL TO:

MELINDA R. SELF, SUPERVISING ATTORNEY

DEPARTMENT OF CHILD SUPPORT SERVICES CONTRA COSTA COUNTY
50 DOUGLAS DR STE 100
MARTINEZ CA 94553-8500

200000001662322

TELEPHONE NO.: (866) 901-3212          FAX NO.: (925) 335-3636

**FILED**

2015 JUL 30 · A 9: 35

STEPHEN H. NASH
CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CA
BY: _____
DEPUTY CLERK

*FOR RECORDER'S USE ONLY*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA**
STREET ADDRESS: 751 PINE ST
MAILING ADDRESS: PO BOX 911
CITY AND ZIP CODE: MARTINEZ 94553-0091
BRANCH NAME: FAMILY LAW CENTER

PETITIONER/PLAINTIFF: JOHN CURTIS RAY

RESPONDENT/DEFENDANT: VANETTRA SMITH

OTHER PARENT:

*FOR COURT USE ONLY*

| **NOTICE REGARDING PAYMENT OF SUPPORT** ☐ NOTICE OF ASSIGNED SUPPORT  ☒ SUBSTITUTION OF PAYEE | CASE NUMBER: D14-02641 |
|---|---|

1.  The obligor (the person paying support) in this proceeding is *(name and last known address):*
    JOHN C RAY
    Address on file with the Department of Child Support Services pursuant to Family Code 17212(b)(3)

2.  a. ☒ The local child support agency is providing the following services *(check all that apply):*
        (1) ☒ Current support
        (2) ☒ Support arrears
        (3) ☒ Medical support
    b. ☐ The local child support agency is no longer providing the services under the title IV-D of the Social Security Act.

3.  ☒ The substituted payee is:
    a. ☒ The local child support agency *(specify):* Contra Costa County Department of Child Support Services
    b. ☐ Other *(specify):*

4.  ☐ An abstract or notice of support judgment or support judgment was recorded as follows:

| County | Date of recording | Instrument number | Book number | Page number |
|---|---|---|---|---|
| | | | | |

5.  All payments must be made as follows *(check all that apply):*
    a.  Income withholding payments must be directed to the State Disbursement Unit at *(specify address):*
        PO BOX 989067, WEST SACRAMENTO CA 95798-9067

    b. ☒ All current support payments other than income withholding payments must be sent to *(specify):*
        PO BOX 989067
        WEST SACRAMENTO CA 95798-9067

    c. ☒ All arrears payments other than income withholding payments must be sent to *(specify):*
        PO BOX 989067
        WEST SACRAMENTO CA 95798-9067

    d. ☐ Other *(specify):*

| **THE SUBSTITUTED PAYEE MUST BE CONTACTED WHEN NOTICE TO A LIENHOLDER MAY OR MUST BE GIVEN.** |
|---|

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
FL-632 [Rev. July 1, 2008]

**NOTICE REGARDING PAYMENT OF SUPPORT**
**(Governmental)**

Family Code, §§ 4200, 4201,
4204, 4350, 4361, 4508.3, 17400
www.courtinfo.ca.gov
ESTABLISHM

9/17 BY ●                    ●

FL-680

GOVERNMENTAL AGENCY (Under Family Code, §§ 17400 and 17406):
MELINDA R. SELF, SUPERVISING ATTORNEY
DEPARTMENT OF CHILD SUPPORT SERVICES CONTRA COSTA COUNTY
50 DOUGLAS DR STE 100
MARTINEZ CA 94553-8500                          200000001662322

TELEPHONE NO.: (866) 901-3212          FAX NO. (Optional): (925) 335-3636
E-MAIL ADDRESS (Optional): childsupport@dcss.cccounty.us
ATTORNEY FOR (Name): Under Family Code §§ 17400 & 17406

**FOR COURT USE ONLY**

~~FILED~~

2015 AUG 10 A 11: 18

STEPHEN H. NASH
CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA
By: _____
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA
STREET ADDRESS: 751 PINE ST
MAILING ADDRESS: PO BOX 911
CITY AND ZIP CODE: MARTINEZ 94553-0091
BRANCH NAME: FAMILY LAW CENTER

PETITIONER/PLAINTIFF: JOHN CURTIS RAY

RESPONDENT/DEFENDANT: VANETTRA SMITH

OTHER PARENT:

| NOTICE OF MOTION | [X] JUDGMENT | [ ] MODIFICATION | CASE NUMBER |
|---|---|---|---|
| [X] Child Support | [X] Health Care | [ ] Injunctive Order | D14-02641 |
| [ ] Other: | | | |

1. TO (name): JOHN CURTIS RAY and VANETTRA SMITH

2. **READ THE ATTACHED REQUEST FORM.** A hearing on the motion for the relief requested will be held as follows:

a. Date: **SEP 17 2015**    Time: 8Am    [X] Dept.: 52    [ ] Div.:    [X] Rm.: 206

b. Address of court is [X] same as noted above    [ ] other (specify):

3. Supporting attachments:
   a. [ ] Completed *Request for Order and Supporting Declaration* (form FL-684) and blank *Response to Governmental Notice of Motion or Order to Show Cause* (form FL-685)
   b. [ ] Financial information and blank *Income and Expense Declaration* (form FL-150)
   c. [ ] Points and authorities
   d. [ ] *Order for Genetic (Parentage) Testing* (form FL-627) **(If you ignore this order, you may be found to be the parent.)**
   e. [ ] Other (specify):

4. [X] NOTICE: IF YOU WISH TO HAVE A TRIAL, YOU MUST APPEAR AT THE HEARING ON THIS REQUEST.

Date: 07/16/2015

MELINDA R. SELF                                    ► _melinself_
_____                           _____
(TYPE OR PRINT NAME)                              (SIGNATURE OF ATTORNEY)

**ORDER**

**IT IS ORDERED THAT**

5. Time for [ ] service [ ] hearing is shortened. Service must be on or before (date):

6. Any responsive declaration must be served on or before (date):

7. [ ] Petitioner/Plaintiff [ ] Respondent/Defendant [ ] Other parent is restrained from transferring, encumbering, hypothecating, concealing, or in any way disposing of the following property (describe):

8. Other (specify):

9. Number of pages attached: _____

Date: _____                          ► _____
                                         (JUDICIAL OFFICER)

                                                              Page 1 of 2

Form Adopted for Mandatory Use          **NOTICE OF MOTION**          www.courts.ca.gov
Judicial Council of California              **(Governmental)**
FL-680 [Rev January 1, 2012]



DD2545340727

ESTABLISHM

FL-692

| PETITIONER/PLAINTIFF: JOHN CURTIS RAY<br>RESPONDENT/DEFENDANT: VANETTRA SMITH<br>OTHER PARENT: | CASE NUMBER:<br>D14-02641 |
|---|---|

14.  f.  ☑ For a total of $ _____ payable on the _1St_ day of each month
      beginning (date): _9/1/15_                          _mom today._

    g.  ☐ The low-income adjustment applies.
        ☐ The low-income adjustment does not apply because (specify reasons):

    h.  Any support ordered will continue until further order of court, unless terminated by operation of law.

    i.  As provided in Family Code section 4007.5, the obligation of the person ordered to pay support will be temporarily suspended for any period after the first 90 consecutive days in which the person ordered to pay support is incarcerated or involuntarily institutionalized, unless that person has the ability to pay support during that time or has committed certain crimes. Immediately after the person ordered to pay support is released from incarceration or involuntary institutionalization, the support order will restart in the same amount as it was before it was temporarily suspended.

15. ☑  The parent ordered to pay support ☑ The parent receiving support  must (1) provide and maintain health insurance coverage for the children if available at no or reasonable cost and keep the local child support agency informed of the availability of the coverage (the cost is presumed to be reasonable if it does not exceed 5% of gross income to add a child); (2) if health insurance is not available, provide coverage when it becomes available; (3) within 20 days of the local child support agency's request, complete and return a health insurance form; (4) provide to the local child support agency all information and forms necessary to obtain health-care services for the children; (5) present any claim to secure payment or reimbursement to the other parent or caretaker who incurs costs for health-care services for the children; and (6) assign any rights to reimbursement to the other parent or caretaker who incurs costs for health-care services for the children. The parent ordered to provide health insurance must seek continuation of coverage for the child after the child attains the age when the child is no longer considered eligible for coverage as a dependent under the insurance contract, if the child is incapable of self-sustaining employment because of a physically or mentally disabling injury, illness, or condition and is chiefly dependent upon the parent providing health insurance for support and maintenance.

16. ☐  The parent ordered to pay support may claim the children for tax purposes as long as all child support payments are current as of the last day of the year for which the exemptions are claimed.

17. ☐  ☐ Petitioner  ☐ Respondent  ☐ Other parent  must pay to  ☐ petitioner  ☐ respondent
                                                                        ☐ other parent

    as  ☐ spousal support  ☐ family support  $ _____  per month, beginning (date):
        ☐ payable on the _____ day of each month.

18. ☐  The parent ordered to pay support must pay child support for the following past periods and in the following amounts:

| Name of child | Period of support | Amount |
|---|---|---|
| JA-MYA TASHALYNN RAY | | |

    a.  ☐ Other (specify).

    b   ☐ For a total of $ _____  payable $ _____  on the _____  day of each month
        beginning (date):

    c.  ☐ Interest accrues on the entire principal balance owing and not on each installment as it becomes due.

19. ☐  The parent ordered to pay support owes support arrears as follows, as of (date):

    a.  ☐ Child support: $ _____  ☐ Spousal support: $ _____  ☐ Family support: $ _____  ☐ Other: $ _____
    b.  ☐ Interest is not computed and is not waived.
    c.  ☐ Payable: $ _____  on the _____  day of each month
        beginning (date):
    d.  ☐ Interest accrues on the entire principal balance owing and not on each installment as it becomes due.

20. No provision of this judgment can operate to limit any right to collect all sums owing in this matter as otherwise provided by law.

21. All payments, unless specified in items 14b, c, and d above, must be made to the State Disbursement Unit at the address listed below (specify address): CALIFORNIA STATE DISBURSEMENT UNIT
                                              PO BOX 989067
                                              WEST SACRAMENTO CA 95798-9067

**MINUTES AND ORDER OR JUDGMENT**
                                        **(Governmental)**

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY



DEPARTMENT OF CHILD SUPPORT SERVICES

**Court Case Number:** D14-02641
**Petitioner Name:** JOHN CURTIS RAY
**Respondent Name:** VANETTRA SMITH
**Other Parent Name:**

## Guideline Calculation Results Summary

| Monthly Support Totals | | NCP | Other Parent |
|---|---|---|---|
| Monthly Child Support Amount | | 74.00 | 0.00 |
| Basic Child Support Amount | | 10.00 to 31.00 | 0.00 |
| Child Support Add-Ons Amount | | 64.00 | 0.00 |
| Child Care | | 0.00 | 128.00 |
| Visits/Travel Expenses | | 0.00 | 0.00 |
| School Expenses | | 0.00 | 0.00 |
| Uninsured Health Expenses | | 0.00 | 0.00 |
| Total Arrears Support Amount | | 0.00 | 0.00 |
| Temporary Spousal Support Amount (N/A) | | 0.00 | 0.00 |

| Monthly Tax/Income Information (Tax Year: 2015 ) | NCP | Other Parent |
|---|---|---|
| Monthly Net Disposable Income | 621.00 | 2428.00 |
| Monthly Taxable & Non-Taxable Gross Income | 526.00 | 2530.00 |
| Monthly Taxable Gross Income | 526.00 | 2530.00 |
| Monthly Non-Taxable Gross Income | 0.00 | 0.00 |
| Federal Adjusted Gross Income | 526.00 | 2530.00 |
| Federal Taxable Income | 0.00 | 1093.00 |
| Net Income After Support | 447.00 | 2502.00 |
| Federal Tax Filing Status | SINGLE | HEAD-OF HOUSEHOLD |
| Number of Tax Exemptions (Federal) | 1 | 2 |
| State Tax Filing Status | SAME AS FEDERAL | SAME AS FEDERAL |
| Number of Tax Exemptions (State) | 1 | 2 |
| Federal Tax Liabilities | -40.00 | -117.00 |
| State Tax Liabilities | 0.00 | 0.00 |
| FICA (Social Security and/or Medicare) | 40.00 | 194.00 |
| Self-Employment Tax | 0.00 | 0.00 |
| CASDI | 5.00 | 25.00 |
| TANF/CalWORKS | NO | NO |

| Other Monthly Deduction Totals | NCP | Other Parent |
|---|---|---|
| Child Support Paid (Other Relationships) | 0.00 | 0.00 |
| Required Union Dues | 0.00 | 0.00 |
| Mandatory Retirement | 0.00 | 0.00 |
| Job Related Expenses & Spousal Support Other Relationship | 0.00 | 0.00 |
| Health Insurance Premium | 0.00 | 0.00 |
| Hardship Deduction Amount | 0.00 | 0.00 |
| Hardship Deduction Children | 0.0 | 0.0 |
| Extraordinary Health Expenses | 0.00 | 0.00 |
| Uninsured Catastrophic Losses | 0.00 | 0.00 |

| Monthly Support Amounts Per Child | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Child Name | Date of Birth | % Time with NCP | NCP Add-Ons | NCP Support | NCP Total | OP Add-Ons | OP Support | OP Total |
| JA'MYA | 2012-08-09 | 14.0 % | 64.00 | 10.00 | 74.00 | 0.00 | 0.00 | 0.00 |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **Average % Time with NCP:** | | 14.0 % | 64.00 | 10.00 | 74.00 | 0.00 | 0.00 | 0.00 |

**Guideline Findings:**
JOHN C RAY is required to pay VANETTRA SMITH $74.00 in CURRENT SUPPORT

**Total Child Support Arrears Per Child**

| Child Name | Prior Period | NCP Add-Ons | NCP Support | NCP Total | OP Add-Ons | OP Support | OP Total |
|---|---|---|---|---|---|---|---|
| JA'MYA | Not Applicable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

2015-07-16 09:33:00.978